Selah Mountain Pharmacy CASHFLOW BUDGET MODEL

| Cashflow Forecast | | Feb-23 | | | | | Mar-23 | | | | | Apr-23 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| *Patients* | | 675 | | | | | 725 | | | | | 750 | | | | |
| *Receipts* | | W1 | W2 | W3 | W4 | TOTAL | W1 | W2 | W3 | W4 | TOTAL | W1 | W2 | W3 | W4 | TOTAL |
| | | 178 | 190 | 156 | 151 | 675 | 178 | 190 | 171 | 186 | 725 | 178 | 190 | 196 | 186 | 725 |
| * | CGM Program (expected reimbursement 80%) $218 | 1500 | 1000 | 16,500 | 14,000 | 33,000 | 28,804 | 31,420 | 37,278 | 40,548 | 138,050 | 38804 | 41420 | 42,728 | 40,548 | 163,500 |
| * | CGM Program Remittances & Cheques | 4000 | 4000 | 4,000 | 4,000 | 16,000 | 4,000 | 4,000 | 4,000 | 4,000 | 16,000 | 8000 | 8000 | 8000 | 8000 | 32,000 |
| | Pharmacy Rx Compounding | 750 | 750 | 750 | 750 | 3,000 | 1,000 | 1,000 | 1,000 | 1,000 | 4,000 | 1000 | 1000 | 1000 | 1000 | 4,000 |
| | Retail | 1500 | 1500 | 1,500 | 1,500 | 6,000 | 2,000 | 3,000 | 3,000 | 2,000 | 10,000 | 2,000 | 2,000 | 2,000 | 2,000 | 8,000 |
| | Copay Remittances | 50 | 100 | 150 | 300 | 600 | 100 | 150 | 200 | 300 | 750 | 100 | 150 | 200 | 300 | 750 |
| | Investment | | | | | | | | | | | | | | | |
| Total Revenue | | 7,800 | 7,350 | 22,900 | 20,550 | 58,600 | 35,904 | 39,570 | 45,478 | 47,848 | 168,800 | 49,904 | 52,570 | 53,928 | 51,848 | 208,250 |
| *Payments* | | | | | | | | | | | | | | | | |
| * | Selah Mountain Pharmacy staff | | 10000 | | 10000 | 20,000 | | 10,000 | | 10,000 | 20,000 | | 10,000 | | 10,000 | 20,000 |
| | Payroll Taxes | | | 3500 | | 3,500 | | | 3,500 | | 3,500 | | | 3,500 | | 3,500 |
| | Colorado Sales Tax | | | 1000 | | 1,000 | | | 1,000 | | 1,000 | | | 1,000 | | 1,000 |
| * | Remote Health Monitoring staff (IC) | 3500 | | 3,500 | | 7,000 | 3,500 | | 3,500 | | 7,000 | 3,500 | | 3,500 | | 7,000 |
| | | -2000 | | -2,000 | | | -2,000 | | -2,000 | | -4,000 | -2,000 | | -2,000 | | -4,000 |
| * | Rent & Rates | 3000 | | | | 3,000 | 3,000 | | | | 3,000 | 3,000 | | | | 3,000 |
| | AmerisourceBergen (CGM readers and sensors) | 21716 | 23058 | 19,032 | 18,422 | 82,228 | 21716 | 23058 | 20,862 | 22,692 | 88,328 | 21716 | 23058 | 23,912 | 22,692 | 91,378 |
| * | Rx Costs | 500 | 500 | 500 | 500 | 2,000 | 500 | 500 | 500 | 500 | 2,000 | 500 | 500 | 500 | 500 | 2,000 |
| * | FedEx costs ($15/per shipment) stopping 1.31.23 | | | | | 0 | | | | | 0 | | | | | 0 |
| * | USPS costs ($9.00 per shipment) beginning 2.1.23 | 1602 | 1710 | 1,404 | 1,359 | 6,075 | 1,602 | 1,710 | 1,539 | 1,674 | 6,525 | 1,602 | 1,710 | 1,764 | 1,674 | 6,750 |
| * | Postage, Stationery, Cleaning, expenses | | 0 | 0 | 200 | 200 | | | | | 0 | | | | 200 | 200 |
| | Travel & Subsistence | 100 | | 100 | | 200 | 200 | 100 | 100 | 100 | 500 | 200 | 100 | 100 | 100 | 500 |
| | Professional fees (Consultants/Recruitment etc) | | | | | 0 | | 0 | 0 | 650 | 650 | | | | | 0 |
| | Accountancy/Bookeeper Fees (Cornerstone Accounting) | | | | 200 | 200 | | | | 200 | 200 | | | | 200 | 200 |
| | Marketing (incl leafleting/website/ prom/branding) | | | | 250 | 250 | | | | 250 | 250 | 0 | | 0 | 250 | 250 |
| | Telephone, Mobile & Internet (Nextiva/ATT) | | 400.00 | | 350 | 750 | | 400 | | 350 | 750 | | 400 | | 350 | 750 |
| * | Car Expense (payment/insurance/gas) | | 400.00 | 870 | | 1,270 | | 400 | 870 | 0 | 1,270 | | 400 | 870 | 0 | 1,270 |
| | SRFax | | | | 250 | 250 | | | | 250 | 250 | | | | 250 | 250 |
| | Kareo | 350.00 | | | 350 | | 350 | | | | 350 | 350 | | | | 350 |
| | Episode Alert | | | | 750 | 750 | | | | 750 | 750 | | | | 750 | 750 |
| | Business Licenses | | | | | | | | | | 0 | | | | | |
| | Insurance (business/liability/malpractice) | | | | 525 | 525 | | | | 1,000 | 1,000 | | | | 1,000 | 1,000 |
| | Surety Bond Renewal (Tokio Marine) due 3.27.23 | | | | | | 3,000 | | | | | | | | | |
| * | Loan repayment 1 | 0.00 | 0.00 | 0 | 0 | 0 | | | | | | | | | | 0 |
| * | Loan repayment 2 | 0.00 | 0.00 | 0 | 0 | 0 | | | | | | | | | | 0 |
| * | Bank Charges | | | | 200 | 200 | | | | 200 | 200 | | | | 200 | 200 |
| Total Payments | | 28,768 | 36,068 | 27,906 | 33,006 | 129,748 | 31,868 | 36,168 | 29,871 | 38,616 | 133,523 | 28,868 | 36,168 | 33,146 | 38,166 | 136,348 |
| Net Cashflow | | -20,968 | -28,718 | -5,006 | -12,456 | | 4,036 | 3,402 | 15,607 | 9,232 | | 21,036 | 16,402 | 20,782 | 13,682 | |
| Opening Bank Balance | | 58,701 | 37,733 | 9,015 | 4,009 | | -8,447 | -4,411 | -1,009 | 14,598 | | 23,830 | 44,866 | 61,268 | 82,050 | |
| Closing bank balance | | 37,733 | 9,015 | 4,009 | -8,447 | | -4,411 | -1,009 | 14,598 | 23,830 | | 44,866 | 61,268 | 82,050 | 95,732 | |