UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | Case No. 22-10375-JGR |
| SELAH MOUNTAIN PHARMACY, LLC ) | |
| ) | Chapter 11, Subchapter V |
| Debtor. ) | |

**COVERSHEET FOR MOTION SEEKING EXPEDITED ENTRY OF ORDER AND NOTICE OF IMPENDING HEARINGS THEREON**

The Debtor in the above-captioned Chapter 11 filed on February 3, 2023, requests the Court to enter the Orders listed below on an expedited basis. **THE DEBTOR HAS FILED MOTIONS SEEKING EXPEDITED ENTRY OF THE FOLLOWING ORDERS:**

1. ____ Order Authorizing the Joint Administration of Multiple Debtor Bankruptcy Cases (see L.B.R. 1015-1)

2. _X_ Order Authorizing Payment of Prepetition Wages, Salaries, Expenses

3. _X_ Interim Order Authorizing Use of Cash Collateral (see L.B.R. 4001-3)

4. ____ Interim Approval of Post Petition Secured and/or Super-Priority Financing Pursuant to Section 364(c) of the Bankruptcy Code

5. _X_ Order Authorizing Payment of Prepetition Claims of Certain Critical Vendors and Suppliers

6. ____ Order Authorizing Debtor to Honor Certain Customer Obligations, Including Warranty Claims

7. ____ Interim Order Determining Adequate Assurance of Payment for Future Utility Services and Restraining Utility Companies from Discontinuing, Altering or Refusing Service

8. ____ Order Establishing Interim Notice Procedures (see L.B.R. 2081-2)

9. ____ Order Authorizing Bonus or Retention Plans

10. ____ Order Authorizing Retention of Cash Management Systems

11. ____ Order Establishing Investment Guidelines

12. \_\_\_ Other Orders-

DATED: February 7, 2023　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By:\_\_*/s/ Keri L. Riley*_____
　　　　　　　　　　　　　　　　　　　　Jeffrey S. Brinen, #20565
　　　　　　　　　　　　　　　　　　　　Keri L. Riley, #47605
　　　　　　　　　　　　　　　　　　　　**KUTNER BRINEN DICKEY RILEY, P.C.**
　　　　　　　　　　　　　　　　　　　　1660 Lincoln Street, Suite 1720
　　　　　　　　　　　　　　　　　　　　Denver, CO 80264
　　　　　　　　　　　　　　　　　　　　Telephone: (303) 832-2400
　　　　　　　　　　　　　　　　　　　　E-mail: klr@kutnerlaw.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | Case No. 22-10375-JGR |
| SELAH MOUNTAIN PHARMACY, LLC ) | |
| ) | Chapter 11, Subchapter V |
| Debtor. ) | |
| Debtor. ) | |

**MOTION SEEKING EXPEDITED ENTRY OF ORDER**

The Debtor, Selah Mountain Pharmacy, LLC ("Debtor"), by and through its attorneys, Kutner Brinen Dickey Riley, P.C., states its Motion Seeking Expedited Entry of Order as follows:

1. The Debtor filed its Voluntary Petition pursuant to Chapter 11, Subchapter V, of the Bankruptcy Code on February 3, 2023 ("Petition Date"). The Debtor remains debtor in possession and is in operation of its business pursuant to 11 U.S.C. §§ 1107, 1108 and 1182.

2. The Debtor is a Colorado limited liability company that owns and operates a pharmacy and provides, among other services, community retail and compounding pharmacy, medication, and durable medical equipment shipped via delivery services.

3. The Debtor plans to continue operation of its business throughout the Chapter 11 case and propose a Plan of Reorganization.

4. The Debtor has filed the following Motions: 1) Motion For Authority to Use Cash Collateral; 2) Motion For Authority to Pay Pre-Petition Payroll; and a 3) Motion for Entry of Order Authorizing Payment of Pre-Petition Claim of Noridian Healthcare Solutions, LLC as Critical Vendor (collectively "Motions"). The Debtor is seeking an expedited order approving the Motions at least on an interim basis. The factual predicate for the need for the expedited order is set forth in the Declaration of John Kutzko, President and Owner of the Debtor. The Declaration has been filed along with this Motion and is incorporated herein by reference.

5. The Debtor plans to continue operation of its business throughout the Chapter 11 case and propose a Plan of Reorganization. It is only through a Plan that unsecured creditors will see a meaningful recovery on account of their claims.

6. The Debtor does not have the necessary funds for the ongoing operation of its business without the use of the Cash Collateral.

7. As such, without the immediate use of the Cash Collateral, the Debtor will suffer immediate and irreparable harm. The Debtor will not be able to fund its ongoing operations, will

be at risk of losing its business and goodwill since it will not be able to pay employees who need to be paid for their ongoing services, and will severely impair the Debtor's ability to successfully reorganize.

8. The Debtor therefore seeks the expedited entry of an Order approving the use of cash collateral on an interim basis, payment of pre-petition wages to employees, and setting the matter for a final hearing.

WHEREFORE, the Debtor respectfully requests that the Court enter an Order, a proposed form is filed herewith, granting an expedited hearing on the foregoing Motions, and for such further and additional relief as to the Court may appear proper.

DATED: February 7, 2023        Respectfully submitted,

By: /s/ Keri L. Riley
Jeffrey S. Brinen, #20565
Keri L. Riley, #47605
**KUTNER BRINEN DICKEY RILEY, P.C.**
1660 Lincoln Street, Suite 1720
Denver, CO 80264
Telephone: (303) 832-2400
E-mail: klr@kutnerlaw.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | Case No. 22-10375-JGR |
| SELAH MOUNTAIN PHARMACY, LLC ) | |
| ) | Chapter 11, Subchapter V |
| Debtor. ) | |

### NOTICE OF FILING OF CHAPTER 11 DEBTOR'S
### MOTION SEEKING EXPEDITED ENTRY OF ORDER

**L.B.R. 2081-1 PROVIDES THAT A HEARING WILL BE HELD ON DEBTOR'S MOTION WITHIN THREE DAYS**. Debtor will give you fax or e-mail notice of the time and place of the hearing only if you respond to this Notice by fax or email stating that you wish to be notified of the hearing. Your response may be in the form of L.B. Form 2081-1.3 and must specify the fax or e-mail address at which you wish to receive notice. If you specify more than one method of notice, Debtor will use the method most readily available to Debtor. You may also obtain information on the time and place of the hearing by checking the Court's calendar over the internet at www.cob.uscourts.gov.

**REQUESTS FOR NOTICE OF THE HEARING SHALL BE EMAILED TO COUNSEL FOR DEBTOR AT klr@kutnerlaw.com**.

DATED: February 7, 2023           Respectfully submitted,

By:  /s/ Keri L. Riley
Jeffrey S. Brinen, #20565
Keri L. Riley, #47605
**KUTNER BRINEN DICKEY RILEY, P.C.**
1660 Lincoln Street, Suite 1720
Denver, CO 80264
Telephone: (303) 832-2400
E-mail: klr@kutnerlaw.com

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | Case No. 22-10375-JGR |
| SELAH MOUNTAIN PHARMACY, LLC ) | |
| ) | Chapter 11, Subchapter V |
| Debtor. ) | |

**RESPONSE AND REQUEST FOR NOTICE OF HEARING**

**Attention:** Keri L. Riley, counsel to the Debtor.

    The undersigned requests that notice of the date, time and place of the hearing on Debtor's Motion Seeking Expedited Entry of Order be served as follows:

\_\_\_\_\_ By e-mail to _____

\_\_\_\_\_ By fax to _____

Dated: _____   By: _____

                                                                   *Counsel to* _____
Attorney registration number (if applicable)
Business address (or home address for *pro se*)
Telephone number
Facsimile number
E-mail address