UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| IN RE: ) | Case No. 22-10375-JGR |
| SELAH MOUNTAIN PHARMACY, LLC ) | |
| ) | Chapter 11, Subchapter V |
| Debtor. ) | |

**ORDER GRANTING MOTION OF DEBTOR
FOR EXPEDITED ENTRY OF ORDER**

UPON CONSIDERATION of the Motion Seeking Expedited Entry of Order (the "Motion") filed by the Debtor and Debtor in Possession, Selah Mountain Pharmacy, LLC ("Debtor"), and for good cause shown:

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The Court shall conduct a hearing on _____ ___ 2023 at ____:___ __.m. to consider entering the expedited orders requested by the Debtor. Counsel for the Debtor shall provide appropriate notice of the hearing in accordance with L.B.R.2081-1.

Dated: February __, 2023               BY THE COURT:


                                       _____
                                       Honorable Joseph G. Rosania, Jr.
                                       United States Bankruptcy Judge

2